**FILED**

OCT 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONDRE L. PEARSON,                              No. C 04-4551 WHA (PR)

                Plaintiff,                      **ORDER CORRECTING CAPTION**

        v.

TOM WADSWORTH and DENISE
CARMICHAEL,

                Defendants.
                                    /

    This is a closed civil rights case filed pro se by a state prisoner. The order granting

plaintiff leave to proceed in forma pauperis carried the wrong case number, which is now

causing problems with deductions from plaintiff's prisoner account to pay the filing fee. The

caption of the order granting leave to proceed in forma pauperis (number 6 on the docket) is

corrected nunc pro tunc to read "C 04-4551 WHA (PR)." The clerk shall send a copy of this

order to the prison trust account office and to the court's financial office. Because the order was

actually docketed in the correct case, this one, the clerk need not redocket it.

    **IT IS SO ORDERED**.

Dated: October 28, 2008.

                                    _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.04\PEARSON551.SJ

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

PEARSON,

    Plaintiff,

 v.

WADSWORTH et al,

    Defendant.

_____/

Case Number: CV04-04551 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dondre L. Pearson
H-14862/ ASU-1
Kern Valley State Prison
PO Box 5101
Delano, CA 93216-5101

Dated: October 29, 2008

       Richard W. Wieking, Clerk
       By: D. Toland, Deputy Clerk